768 A.2d 1054

ADAMAR OF NEW JERSEY T/A TROPICANA CASINO AND RE-
SORT (FORMERLY T/A TROPWORLD CASINO & ENTERTAIN-
MENT RESORT), PLAINTIFF–APPELLANT, v. DIRECTOR, DI-
VISION OF TAXATION, DEFENDANT–RESPONDENT.

Argued February 14, 2001—Decided April 3, 2001.

*Janyce M. Wilson,* argued the cause for appellant, (*Graham, Curtin & Sheridan,* attorneys; *Ms. Wilson* and *Kent L. Schwarz,* on the briefs).

*Marlene G. Brown,* Deputy Attorney General, argued the cause for respondent, (*John J. Farmer, Jr.,* Attorney General of New Jersey, attorney; *Mary C. Jacobson,* Former Assistant Attorney General, of counsel).

*John K. Antholis,* submitted a brief on behalf of amici curiae, Resorts International Hotel, Inc. and Great Bay Hotel and Casino t/a Sands Hotel and Casino (*Antholis & Courtney,* attorneys; *Mr. Antholis* and *Mark G. Yates,* on the brief).

PER CURIAM.

We modify and affirm the judgment of the Appellate Division concerning taxation of complimentary alcoholic beverages substantially for the reasons explained in Judge Braithwaite's opinion, *Adamar v. Director, Div. of Taxation,* 328 *N.J.Super.* 481, 746 A.2d 474 (App.Div.2000), as supplemented by this Court's opinion in *GNOC v. Director, Div. of Taxation,* 167 *N.J.* 62, 768 *A.2d* 1051 (2001), also filed today. We also affirm the Appellate Division's determination to remand to the Tax Court for further proceedings the issue concerning taxation of non-alcoholic beverages.

*For affirmance*—Chief Justice PORITZ and Justices STEIN, COLEMAN, LONG, VERNIERO, LaVECCHIA and ZAZZALI—7.

*Opposed*—None.